1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   100 Pine Street, Suite 2600
3  San Francisco, CA  94111
   Telephone:  415/288-4545
4  415/288-4534 (fax)
   swilliams@csgrr.com
5         – and –
   DARREN J. ROBBINS (168593)
6  DAVID C. WALTON (167268)
   CATHERINE J. KOWALEWSKI (216665)
7  655 West Broadway, Suite 1900
   San Diego, CA  92101
8  Telephone:  619/231-1058
   619/231-7423 (fax)
9  darrenr@csgrr.com
   davew@csgrr.com
10 katek@csgrr.com

11 Attorneys for Plaintiff

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14

15 ELLEN BRODSKY, Individually and On          )   No. C-07-05141-MMC
   Behalf of All Others Similarly Situated,   )
                                              )   CLASS ACTION
16                      Plaintiff,            )
                                              )   NOTICE OF VOLUNTARY DISMISSAL
17        vs.                                 )   PURSUANT TO FED. R. CIV. P. 41(A)(1)
                                              )
18 BIGBAND NETWORKS, INC., et al.,            )
                                              )
19                      Defendants.           )
                                              )

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, plaintiff Ellen Brodsky filed a class action complaint on behalf of herself and all others similarly situated against BigBand Networks, Inc. on October 5, 2007, captioned *Brodsky v. BigBand Networks, Inc.*, Case No. C 07-5141 ("Complaint");

WHEREAS, no defendant in this action has answered or filed for summary judgment; and

WHEREAS, a class has not been certified in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), Ellen Brodsky voluntarily dismisses the Complaint without prejudice.

DATED:  October 25, 2007    COUGHLIN STOIA GELLER
                              RUDMAN & ROBBINS LLP
                            DARREN J. ROBBINS
                            DAVID C. WALTON
                            CATHERINE J. KOWALEWSKI


                                s/ Darren J. Robbins
                              DARREN J. ROBBINS

                            655 West Broadway, Suite 1900
                            San Diego, CA  92101
                            Telephone:  619/231-1058
                            619/231-7423 (fax)

                            COUGHLIN STOIA GELLER
                              RUDMAN & ROBBINS LLP
                            SHAWN A. WILLIAMS
                            100 Pine Street, 26th Floor
                            San Francisco, CA  94111
                            Telephone:  415/288-4545
                            415/288-4534 (fax)

                            Attorneys for Plaintiff

S:\CasesSD\BigBand\NOT00046762.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 25, 2007.

           s/ Darren J. Robbins
           DARREN J. ROBBINS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:darrenr@csgrr.com

# Mailing Information for a Case 3:07-cv-05141-MMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Coughlin Stoia Geller Rudman & Robbins   LLP
655 West  Broadway
Suite 1900
San Diego, CA 92101

David C. Walton
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```